# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ana Castillo, an individual** | Case No.: **CV19-00790-DSF-(MRW)** |
| **PLAINTIFF,** | To Hon. District Judge Dale S. Fischer |
| vs. | To Magistrate Judge Michael R. Wilner |
| **City of Los Angeles, a local public entity, Los Angeles Police Dept, a local public agency, Los Angeles Fire Department, a local public agency, DOES 1-10, individually.** | **ORDER DISMISSING ACTION** |
| **Defendants** | |

# ORDER

Pursuant to Plaintiff's 8/27/19 Notice of Dismissal and her voluntary request to dismiss this action in its entirety pursuant to Federal Rules of Civil Procedure 41(a) **IT IS ORDERED THAT THIS ACTION IS HEREBY DISMISSED**.

_____
Hon. Michael R. Wilner
UNITED STATES MAGISTRATE JUDGE